# UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT
### 4-562 UNITED STATES COURTHOUSE
### TULSA, OKLAHOMA 74103-3877

CHAMBERS OF
**STEPHANIE K. SEYMOUR**
CIRCUIT JUDGE

TELEPHONE
(918) 699-4745



July 1, 2008

Honorable Ortie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544

Re:   Financial Disclosure Report – Calendar Year 2007

Dear Judge Smith:

In response to your letter of June 26, 2008, I make the following amendment and additions to part VII, page 8, line 78, columns A and D with regard to the asset listed as "Cash Reserve" on my Financial Disclosure Report for calendar year 2007:

*Column A:*
Charles Schwab Cash Reserve

*Column D:*
| *1) Type* | *2) Date* | *3) Value Code* |
|-----------|-----------|-----------------|
| Open      | 10/31     | O               |

Please let me know if you need further information.

Sincerely,

Stephanie K. Seymour

SKS:js

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>SEYMOUR, STEPHANIE K | 2. Court or Organization<br><br>U.S. COURT OF APPEALS | 3. Date of Report<br><br>05/9/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE--SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>4-562 U.S. COURTHOUSE<br>333 WEST FOURTH<br>TULSA, OK 74103-3877 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Board Member | Oklahoma City University School of Law, Oklahoma City, OK |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 MAY 13 A 11: 54 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | self-employed - lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law School | 4/12-4/13/07 | Durham, NC | Judge moot court | Air fare, ground transportation, hotel, meals |
| 2. | Federal Bar Association | 9/8-9/9/07 | Atlanta, GA | Annual meeting/honoree | Air fare, ground transportation, hotel, meal |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of the West | Mortgage on lot in Mt. Crested Butte, CO | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SEYMOUR, STEPHANIE K | 05/9/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Okla. Money Market | A | Interest | J | T | | | | | |
| 2. Bank of Okla. Money Market | B | Interest | K | T | | | | | |
| 3. So. Hills Ctry. Clb. stock | | None | | | Sell | 8/31 | K | | |
| 4. F&M Bank Money Market | A | Interest | J | T | | | | | |
| 5. Condo, Tulsa, OK (purchased 11/27/1995) | | None | M | R | | | | | |
| 6. IRA, Merrill Lynch, Tulsa | B | Dividend | M | T | | | | | |
| 7. -Merrill Lynch Cash Fund | | | | | | | | | |
| 8. -Abbott Labs | | | | | | | | | |
| 9. -IShares MSCI EAFE | | | | | | | | | |
| 10. -Rydex ETF TR | | | | | | | | | |
| 11. -US Treasury Bill | | None | L | T | Redeem | 2/15 | L | B | |
| 12. | | | | | Buy | 2/15 | L | | |
| 13. | | | | | Redeem | 8/16 | L | B | |
| 14. | | | | | Buy | 8/16 | L | | |
| 15. Brokerage #1 | | | | | | | | | |
| 16. -Heinz HJ Co. (HNZ) | B | Dividend | K | T | | | | | |
| 17. -IShares MSCI EAFE (EFA) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 05/9/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage #2 | | | | | | | | | |
| 19. -Merrill Lynch Cash Fund | D | Interest | N | T | | | | | |
| 20. -BOK Fincl. Corp. New (BOKF) | A | Dividend | L | T | | | | | |
| 21. -Hewlett Packard Co. Del. (HPQ) | A | Dividend | L | T | | | | | |
| 22. -IShares MSCI EAFE (EFA) | A | Dividend | K | T | | | | | |
| 23. -Kellogg Co PV 25CT (K) | A | Dividend | J | T | | | | | |
| 24. -Microsoft Corp. | A | Dividend | | | Sell | 4/19 | K | C | |
| 25. -Royal Dutch Shell PLC (RDSA) | B | Dividend | L | T | | | | | |
| 26. -Starbucks Corp. (SBUV) | | None | K | T | | | | | |
| 27. -US Treasury Bill #1 | | | | | Sell | 4/16 | L | B | |
| 28. -US Treasury Bill #2 | | | | | Redeem | 3/22 | L | B | |
| 29. | | | | | Buy | 3/22 | L | | |
| 30. | | | | | Sell | 4/16 | L | A | |
| 31. -Washington Mutual Inc. | A | Dividend | | | Sell | 4/16 | K | A | |
| 32. Brokerage #3 | | | | | | | | | |
| 33. - M-L Cash Funds | C | Interest | L | T | | | | | |
| 34. -Bank of America | C | Dividend | L | T | Buy | 8/8 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 05/9/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -BOK Financial Corp. | B | Dividend | N | T | Part Donate | 6/13 | J | | All Souls Unitarian |
| 36. -Duke Energy (DUK) | B | Dividend | M | T | Buy | 8/13 | L | | |
| 37. -General Electric (GE) | A | Dividend | L | T | Buy | 8/8 | M | | |
| 38. -Greenbrier Cos. | A | Dividend | L | T | Buy | 10/15 | L | | |
| 39. -HSBC Hldg. (HBC) | | None | L | T | Buy | 8/8 | M | | |
| 40. -IShares MSCI EAFE Index (EFA) | | None | N | T | Buy | 8/8 | O | | |
| 41. -Johnson & Johnson (JNJ) | B | Dividend | L | T | Buy | 8/8 | L | | |
| 42. -Kellogg Co. PV 25 CT (K) | B | Dividend | L | T | Buy | 8/8 | M | | |
| 43. -Pfizer Inc. (PFE) | B | Dividend | L | T | Buy | 8/13 | L | | |
| 44. -Proctor & Gamble (PG) | A | Dividend | M | T | Buy | 8/8 | L | | |
| 45. -Toyota Motor Corp. | A | Dividend | | | Buy | 8/8 | M | | |
| 46. | | | | | Sell | 10/18 | L | | |
| 47. IRA, Blackrock Balanced | A | Dividend | J | T | | | | | |
| 48. Keogh Plan, Merrill Lynch, Tulsa | E | Int./Div. | P1 | T | | | | | |
| 49. -Merrill Lynch Cash Fund | | | | | | | | | |
| 50. -Anheuser Busch (BUD) | | | | | Buy | 10/10 | L | | |
| 51. -BOK Financial Corp. (BOKF) | | . | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 05/9/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Caterpillar Inc. (CAT) | | | | | Buy | 10/10 | L | | |
| 53. -Coca Cola (KO) | | | | | Buy | 10/10 | L | | |
| 54. -Crescent Real Est Eq Tex Reit | | | | | Sell | 1/16 | K | | |
| 55. -Currency Shares Euro TR | | | | | Buy | 10/11 | M | | |
| 56. -IShares MSCI EAFE (EFA) | | | | | | | | | |
| 57. -IShares MSCI Emerging (EEM) | | | | | Buy | 10/16 | M | | |
| 58. -Oneok Inc. | | | | | | | | | |
| 59. -Rydex Inverse Gov't | | | | | | | | | |
| 60. -Templeton Emrgng Mkts | | | | | Sell | 1/19 | K | | |
| 61. -3m Co. (MMM) | | | | | Buy | 10/10 | L | | |
| 62. -US Treasury Bill #1 | None | M | T | | Redeem | 2/15 | M | C | |
| 63. | | | | | Buy | 2/15 | M | | |
| 64. | | | | | Sell | 4/10 | K | A | |
| 65. | | | | | Redeem | 8/16 | M | C | |
| 66. | | | | | Buy | 8/16 | M | | |
| 67. -US Treasury Bill #2 | | | | | Sell | 5/21 | N | D | |
| 68. | | | | | Redeem | 6/21 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy | 6/21 | M | | |
| 70. | | | | | Redeem | 12/20 | M | C | |
| 71. -US Treasury Bill #3 | | | | | Redeem | 3/22 | N | D | |
| 72. | | | | | Buy | 3/22 | N | | |
| 73. | | | | | Redeem | 9/20 | N | D | |
| 74. -Wms.Comm.Grp.SrRdmbleNtes | | | | | | | | | |
| 75. -York Access LTD. | | | | | Buy | 6/1 | N | | |
| 76. Lot in Mt. Crested Butte, CO (purchased 8/2004) | | None | O | R | | | | | |
| 77. Brokerage #4 | | | | | | | | | |
| 78. -Cash Reserve | D | Dividend | P2 | | | | | | |
| 79. -Apple Inc. (AAPL) | | None | K | T | Buy | 12/4 | K | | |
| 80. -CME Group Inc. (CME) | A | Dividend | J | T | Buy | 12/4 | J | | |
| 81. -Cognizant Tech (CTSH) | | None | K | T | Buy | 11/9 | K | | |
| 82. | | | | | Buy | 12/4 | J | | |
| 83. -F5 Networks (FFIV) | | None | | | Buy | 12/4 | K | | |
| 84. | | | | | Sell | 12/26 | K | A | |
| 85. -Fluor Corp. New (FLR) | | None | J | T | Buy | 11/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SEYMOUR, STEPHANIE K | 05/9/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -General Cable | | None | K | T | Buy | 12/5 | K | | |
| 87. -Goldman Sachs (GS) | | None | K | T | Buy | 11/7 | J | | |
| 88. | | | | | Buy | 12/12 | K | | |
| 89. -Google Inc. (GOOG) | | None | K | T | Buy | 12/4 | J | | |
| 90. | | | | | Buy | 12/12 | J | | |
| 91. -Hologic Inc. (HOLX) | | None | L | T | Buy | 11/9 | K | | |
| 92. | | | | | Buy | 12/4 | K | | |
| 93. -Honeywell Int'l (HON) | | None | K | T | Buy | 12/4 | K | | |
| 94. -Joy Global (JOYG) | A | Dividend | K | T | Buy | 11/15 | K | | |
| 95. | | | | | Buy | 12/3 | J | | |
| 96. -Lifetime Fitness (LTM) | | None | K | T | Buy | 11/7 | K | | |
| 97. | | | | | Buy | 12/3 | J | | |
| 98. -Microsemi Corp. (MSCC) | | None | K | T | Buy | 12/4 | K | | |
| 99. | | | | | Buy | 12/5 | J | | |
| 100. -Mindray Med Int'l (MR) | | None | J | T | Buy | 11/15 | J | | |
| 101. -Nat'l Oilwell (NOV) | | None | J | T | Buy | 12/5 | J | | |
| 102. -Nexen Inc. (NXY) | | None | K | T | Buy | 12/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 05/9/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 12/5 | J | | |
| 104. -NYMEX Holdings (NMX) | A | Dividend | K | T | Buy | 11/15 | J | | |
| 105. | | | | | Buy | 12/4 | K | | |
| 106. -NYSE Euronext (NYX) | A | Dividend | K | T | Buy | 11/30 | K | | |
| 107. -Oceaneering Int'l (OII) | | None | J | T | Buy | 12/4 | J | | |
| 108. -Qualcomm Inc. (QCOM) | | None | K | T | Buy | 12/4 | K | | |
| 109. -Quanta Services (PWR) | | None | K | T | Buy | 11/7 | K | | |
| 110. | | | | | Buy | 12/4 | J | | |
| 111. -Respironics Inc (RESP) | | None | K | T | Buy | 12/4 | K | | |
| 112. | | | | | Buy | 12/12 | J | | |
| 113. -Rockwell Collins (COL) | | None | K | T | Buy | 12/4 | K | | |
| 114. -Schlumberger (SLB) | | None | J | T | Buy | 12/4 | J | | |
| 115. -Vulcan Materials (VMC) | A | Dividend | K | T | Buy | 11/7 | J | | |
| 116. | | | | | Buy | 11/13 | K | | |
| 117. Brokerage #5 | | | | | | | | | |
| 118. -Chicago Ill Brd. Ed G.O. Due 12/1/2028 | D | Interest | | | Buy | 9/13 | O | | |
| 119. | | | | | Sell | 12/24 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 05/9/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Co Hlth Facs. Auth Rev Due 10/1/2041 | D | Interest | M | T | Buy | 7/25 | O | | |
| 121. | | | | | Partial Sell | 8/29 | N | A | |
| 122. | | | | | Partial Sell | 9/11 | K | A | |
| 123.  -Harris Cnty TX Hlth Fac Dev Corp Rev Due 1/1/2041 | E | Interest | | | Buy | 7/25 | P1 | | |
| 124. | | | | | Sell | 12/24 | P1 | A | |
| 125.  -Hillsborough Cnty FL Indl. Dev Rev Due 12/1/2034 | B | Interest | | | Buy | 7/31 | O | | |
| 126. | | | | | Sell | 8/7 | O | | |
| 127. | | | | | Buy | 8/8 | O | | |
| 128. | | | | | Sell | 8/29 | O | A | |
| 129.  -Ill Dev Fin Auth Polltn Ctl Rev Due 3/1/2020 | F | Interest | | | Buy | 7/17 | P2 | | |
| 130. | | | | | Partial Sell | 7/31 | O | | |
| 131. | | | | | Partial Sell | 8/16 | M | | |
| 132. | | | | | Partial Sell | 8/21 | K | | |
| 133. | | | | | Partial Sell | 8/28 | K | | |
| 134. | | | | | Partial Sell | 9/18 | O | | |
| 135. | | | | | Sell | 12/26 | P1 | | |
| 136.  -Ishares MSCI Emerging Mkt In Fd | | None | N | T | Buy | 10/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 05/9/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Okla Dev Fin Auth Rev Due 8/15/2035 | E | Interest | | | Buy | 7/17 | K | | |
| 138. | | | | | Buy | 7/10 | O | | |
| 139. | | | | | Buy | 7/10 | P1 | | |
| 140. | | | | | Buy | 7/24 | M | | |
| 141. | | | | | Buy | 8/14 | M | | |
| 142. | | | | | Partial Sell | 8/15 | K | | |
| 143. | | | | | Buy | 8/22 | K | | |
| 144. | | | | | Buy | 8/22 | K | | |
| 145. | | | | | Buy | 8/28 | K | | |
| 146. | | | | | Buy | 8/29 | N | | |
| 147. | | | | | Buy | 8/29 | O | | |
| 148. | | | | | Buy | 9/11 | L | | |
| 149. | | | | | Partial Sell | 10/31 | O | | |
| 150. | | | | | Sell | 12/24 | P1 | | |
| 151. -Okla St Capitol Auth St Fac Rev Due 7/1/2035 | B | Interest | L | T | Buy | 7/6 | L | | |
| 152. | | | | | Partial Sell | 8/1 | K | | |
| 153. -Okla St Capitol Impt Auth Rev Due 7/1/2031 | E | Interest | P1 | T | Buy | 7/2 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 05/9/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 7/6 | M | | |
| 155. | | | | | Buy | 7/9 | L | | |
| 156. -Okla St Capitol Impt Auth Rev Due 7/1/2032 | D | Interest | O | T | Buy | 7/2 | M | | |
| 157. | | | | | Buy | 7/2 | N | | |
| 158. | | | | | Buy | 8/7 | N | | |
| 159. -Okla St Capitol Impt Auth St Rev Due 7/1/2033 | D | Interest | O | T | Buy | 7/6 | N | | |
| 160. | | | | | Buy | 7/12 | O | | |
| 161. -Okla.St Capitol Impt Facs Rev Due 7/1/2034 | C | Interest | N | T | Buy | 7/11 | L | | |
| 162. | | | | | Buy | 7/17 | L | | |
| 163. | | | | | Buy | 7/26 | M | | |
| 164. -Okla St Inds Auth Rev Due 8/15/2029 | C | Interest | M | T | Buy | 7/3 | M | | |
| 165. | | | | | Partial Sell | 8/15 | J | | |
| 166. -Okla St Tpk Auth Rev Due 1/1/2028 | F | Interest | P1 | T | Buy | 7/2 | P1 | | |
| 167. | | | | | Buy | 7/6 | O | | |
| 168. | | | | | Buy | 7/17 | P1 | | |
| 169. | | | | | Buy | 7/26 | M | | |
| 170. | | | | | Buy | 8/9 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 05/9/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -Univ WI Hosps & Clinics Auth Rev Due 4/1/2034 | D | Interest | | | Buy | 7/3 | P1 | | |
| 172. | | | | | Sell | 7/24 | P1 | | |
| 173. -Ap Cash Mgmg-Inst (cash equivalent) | C | Dividend | | | Open | 7/2 | | | |
| 174. | | | | | Close | 7/18 | | | |
| 175. -Ap Tx Fr M M-Select (cash equivalent) | E | Dividend | N | T | Open | 6/28 | | | |
| 176. -BOK Investor Fund Corp (cash equivalent) | D | Interest | | | Open | 6/29 | | | |
| 177. | | | | | Close | 7/2 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 05/9/2008 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544